JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD TOWELL, <br><br> Plaintiff, <br><br> vs. <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; THE COMMUNITY BANK LONG TERM DISABILITY PLAN; and THE FINANCE, INSURANCE AND REAL ESTATE INDUSTRY INSURANCE TRUST FUND, <br><br> Defendants. | ~~CASE NO: CV09-1604 VBF (RCx)~~ <br><br> *~~Honorable Valerie B. Fairbank~~* <br><br> [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE <br><br> [Complaint Filed: March 6, 2009] |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs

DATED: 5-5-10

By: _____
HONORABLE VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE

1